**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

**U.S. BANK NATIONAL
ASSOCIATION,**
        ***Plaintiff,***

**v.**

**DANNY IDOM, JR. and THE
UNITED STATES OF AMERICA,**
        ***Defendants.***

§
§
§
§
§
§
§
§
§
§
§
§

**MO:25-CV-00439-DC**

## <u>ORDER</u>

BEFORE THE COURT is the report and recommendation ("R&R") from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff U.S. Bank National Association's Motion for Default Judgment.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on April 6, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 13.
[2] Doc. 19.
[3] Fed. R. Civ. P. 72 advisory committee's note.

The R&R was unable to be delivered to pro se Defendant Danny Idom, Jr. because the address the Court has listed for him is vacant and there was no forwarding address provided. This inability to reach Defendant Idom, Jr. has been an on-going issue since this case's inception in state court. Prior to removal, Plaintiff was authorized to serve Idom, Jr. with process by attaching the petition to the front door of 2019 N Sam Houston Avenue, Odessa, Texas 79761. Service was executed on September 23, 2025. The case was then removed to federal by Defendant United States of America two days later. Since then, Idom, Jr. has failed to answer the complaint or otherwise appear in the lawsuit. Owing to these failures, Plaintiff moved for Clerk's Entry of Default, which was entered on January 21, 2026. Notice of this entry of default could not be delivered to Idom, Jr. for the same reasons that this R&R could not be delivered.

On January 22, 2026, Plaintiff moved for a Default Judgment against Defendant Idom, Jr. The Court set a hearing on this motion for March 25, 2026, but later reset the hearing for the following day. Defendant Idom, Jr. failed to appear for the hearing. After reviewing the motion for default judgment, the Magistrate now recommends that the motion be granted.

Because no party in this case has filed timely objections, the Court reviews the R&R for clear error. Having done so and finding no clear error, the Court accepts and adopts the R&R as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**. Plaintiff's Motion for Default Judgment is **GRANTED**.

It is so **ORDERED**.

SIGNED this 4th day of May, 2026.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE